UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**                             Case No. 04-cr-221-PB

<u>Curt Hernandez</u>

### O R D E R

The defendant has moved to continue the September 7, 2005 trial in the above case as the parties have executed a plea agreement and scheduled the matter for a plea hearing on October 27, 2005.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize the plea or properly prepare for trial, the court will continue the trial from September 7, 2005 to December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 22, 2005 final pretrial conference is cancelled.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

August 14, 2005

cc:  Jeffrey Levin, Esq.
     Alfred Rubega, AUSA
     United States Probation
     United States Marshal